| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR-11-03097-001-JGZ(BPV) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:13-CR-271 AWI |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DANIEL GARCIA | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE Jennifer G. Zipps | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/20/2013 — TO 05/19/2014 |

**LODGED** JUL 0 1 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

OFFENSE

Title 8 U.S.C. §1324(a)(1)(A)(I), 1324(a)(1)(A(ii) and 1324(a)(1(B)(I), Conspiracy to transport Illegal Aliens for Profit

**FILED** JUL 0 3 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/19/13
Date

_/s/_ Honorable Jennifer G. Zipps
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-2-13
Effective Date

_/s/_ Honorable
United States District Judge