**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7042 N. West Avenue, #140
Fresno, California 93711
(559) 389-0239 Telephone
(559) 431-2202 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
DANIEL GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    **Plaintiff,**                )<br>)<br>**vs.**                                    )<br>)<br>**DANIEL GARCIA,**              )<br>)<br>    **Defendant**             ) | Case No.:  1:13-CR-00271 AWI<br><br>**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS** |

   Notice is hereby given that the address and telephone number of Attorney Dale A. Blickenstaff has been changed to:

Dale A. Blickenstaff
Attorney At Law
7042 N. West Avenue, #140
Fresno, California 93711
Telephone:  (559) 389-0239
Facsimile:   (559) 431-2202
Email:  dblickenstaff@yahoo.com (Email unchanged)

Dated: March 31, 2014                    By /S/ Dale A. Blickenstaff
                                                        DALE A BLICKENSTAFF, Attorney for
                                                        DANIEL GARCIA